DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL FLANAGAN,

Appellant,

v.

TRISH KELLY,

Appellee.

No. 2D2024-1731
_____

June 4, 2025

Appeal from the Circuit Court for Pinellas County; Della Cope, Judge.

Michael Flanagan, pro se.

Stephanie M. Willis of Willis Law and Mediation, PLLC, Palm Harbor, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.